IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BRADLEY D. YOKEM, | ) |
| Plaintiff, | ) |
| v. | ) No. 16-cv-3048 |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

**OPINION**

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Plaintiff Bradley D. Yokem's Application for Brief in Support of Relief Under the Equal Access to Justice Act Pursuant to Sentence Four Remand (d/e 20) (Application for Fees). The parties have consented, pursuant to 28 U.S.C. §636(c), to proceed before this Court. Consent to Proceed Before a United States Magistrate Judge, and Order of Reference entered July 20, 2015 (d/e 9). Plaintiff prevailed in this matter and now requests an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). The Plaintiff's Application for Fees (d/e 20) was filed and served on March 14, 2017, and the Defendant Commissioner of Social Security does not object

to Plaintiff's Application for Fees. See Plaintiff's Application for Fees (d/e 20, par 5). The Court has further reviewed the request and determines that the request of $3,087.00 in attorney fees is reasonable and appropriate in this case. The Application for Fees is therefore allowed.

Plaintiff has assigned his right to attorney fees to his counsel. Such an assignment is appropriate as long as the award of fees is not subject to offset for any debt that Plaintiff may owe the United States. See Astrue v. Ratliff, 560 U.S. 586, 130 S.Ct. 2521, 2529-30 (2010). The Commissioner will therefore pay the amount of the award that is not subject to offset directly to Plaintiff's attorney.

WHEREFORE Plaintiff Bradley D. Yokem's Application for Fees (d/e 20) is ALLOWED. The Court awards Plaintiff Bradley D. Yokem the sum of $3,087.00 in attorney fees. Plaintiff has assigned the award of fees to his attorney. The Commissioner is therefore directed to pay the amount of the award that is not subject to offset directly to his attorney, Vicki A. Dempsey.

ENTER: March 15, 2017

*s/ Tom Schanzle-Haskins*
UNITED STATES MAGISTRATE JUDGE